**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| QUANTREVIOUS RAHEEM RAY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 7:26-cv-180-WLS-CHW |
| | : | |
| SUPERINTENDENT JACOB BELL, | : | |
| *et al.,* | : | |
| | : | |
| Defendants. | : | |

## ORDER

Presently pending before the Court is a Complaint (ECF No. 1) filed by *pro se* Plaintiff Quantrevious Raheem Ray, an inmate in the Emanuel Probation Detention Center in Twin City, Georgia, seeking relief pursuant to 42 U.S.C. § 1983. In his Complaint, Plaintiff raises claims alleging that prison officials at the Patten Probation Detention Center failed to adequately prepare for "a severe hurricane" that struck the jail in October of 2024. ECF No. 1 at 3, 5.[1] A review of Court records reveals that Plaintiff previously filed a similar complaint about this same issue, *Ray v. Bell*, 7:26-cv-111-LAG-AGH (M.D. Ga. Apr. 20, 2026) ("*Ray I*").

"As part of its general power to administer its docket, a district court may stay or dismiss a suit that is duplicative" of one already pending in federal court. *Curtis v. Citibank*, 226 F.3d 133, 138 (2d Cir. 2000). "[A] suit is duplicative of another suit if the

---

[1] Plaintiff also mentions the Crisp County Detention Center and names the sheriff of Crisp County as a Defendant, but he does not appear to allege any claims concerning his treatment there. *See* ECF No. 1 at 3, 5-6.

parties, issues and available relief do not significantly differ between the two actions." *I.A. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986). "Trial courts are afforded broad discretion in determining whether to stay or dismiss litigation in order to avoid duplicating a proceeding already pending in another federal court." *Id.* at 1551-52.

The claims raised in *Ray I* appear nearly identical to the claims in this case, and the primary Defendant in this case—Patten Probation Detention Center Superintendent Jacob Bell—is also a Defendant in *Ray I.* Because the present action is duplicative of one already pending in this Court, it shall be **DISMISSED without prejudice.** To ensure the preservation of each of Plaintiff's claims, the Clerk is **DIRECTED** to file a copy of the Complaint in this case (ECF No. 1) as an Amended Complaint in *Ray I.* Plaintiff's pending motion to proceed *in forma pauperis* (ECF No. 2) is **DENIED as moot.**

**SO ORDERED**, this _26th_ day of June, 2026.

_____
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

2