IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

QUANTREVIOUS RAHEEM RAY,              *

               Plaintiff,              *

v.                                       Case No. 7:26-cv-180 (WLS-CHW)
                                      *
JACOB BELL, et al.,
                                      *
               Defendants.
                                      *
_____
                                      *

**J U D G M E N T**

Pursuant to this Court's Order dated June 26, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 29th day of June, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk